NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JASON E. RIGDON,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2011-3228

---

Petition for review of the Merit Systems Protection Board in case no. PH0752100504-I-1.

---

**ON MOTION**

---

**ORDER**

Jason E. Rigdon moves without opposition for a 30-day extension of time, until April 11, 2012, to file his opening brief and appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

MAR 29 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lisa Jo Fanelli-Greer, Esq.
L. Misha Preheim, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 9 2012

JAN HORBALY
CLERK